IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | NO.   24-141 |
| JOSE VALENTIN | : | |

## ORDER

**AND NOW**, this 3rd day of February 2026, upon considering Mr. Valentin's suppression motion (DI 32), the government's response (DI 37), our December 3, 2025 suppression hearing, Mr. Valentin's post-hearing brief (DI 42), and the government's response (DI 45), and for the reasons outlined in the accompanying memorandum, it is **ORDERED** that the motion (DI 32) is **GRANTED** in part and **DENIED** in part as follows:

1. We **DENY** Mr. Valentin's suppression motion (DI 32) with respect to (1) the evidence obtained from the car he was driving; and (2) his statements made to Officer Lane while the officer fit the gun into the holster.   Such evidence and statements were not obtained in violation of the Constitution, and there is otherwise no basis to suppress them.   However, because we find that Mr. Valentin's un-*Mirandized* statements to the officers immediately before, and during, his transport to the police station were obtained in violation of the Fifth Amendment, we **GRANT** for those statements and suppress them.

2. Mr. Valentin's post-hearing brief (DI 42), filed as a motion on the docket, is **DENIED**.

_____
MURPHY, J.